# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

*Southern Division*

| | |
|---|---|
| **THORNELL JOHNSON** | * |
| | * |
| Plaintiff, | * |
| v. | Case No.: GJH-14-02536 |
| | * |
| **NATIONSTAR MORTGAGE, LLC** | |
| | * |
| Defendant. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

NOW, this 21st Day of October, 2014, for the reasons set forth in the Court's Memorandum Opinion, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss, ECF No. 6, is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Clerk of Court is directed to CLOSE this matter.

Dated: October 21, 2014            /S/
                          George Jarrod Hazel
                          United States District Judge